Leah Martin, Esq.
Nevada Bar No. 7982
LEAH MARTIN LAW
6671 S. Las Vegas Blvd., Ste. 210
Las Vegas, Nevada 89119
Telephone: (702) 420-2733
Facsimile: (702) 330-3235
lmartin@leahmartinlv.com
*Attorney for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| PACIFIC ENTERPRISES, LLC,<br><br>　　　　Plaintiff,<br>　　vs.<br><br>AMCO INSURANCE COMPANY, an Iowa company; TRAVELERS CASUALTY INSURANCE COMPANY OF AMERICA, a Connecticut corporation; DOES I- X; and ROE CORPORATIONS I - X, inclusive,<br><br>　　　　Defendants. | CASE NO.: 2:14-cv-01757-JCM-VCF<br><br>**STIPULATION AND ORDER TO AMEND CAPTION** |

Plaintiff Pacific Enterprises, LLC, by and through its attorney Leah A. Martin, Esq. of the law office of LEAH MARTIN LAW, and Defendant AMCO INSURANCE COMPANY, by and through its attorney Robert W. Freeman, Esq. of the law office of LEWIS BRISBOIS BISGAARD & SMITH LLP, hereby stipulate as follows:

　　1.　　That the caption shall be amended to correctly identify the Plaintiff entity as Pacific Enterprises I, LLC instead of Pacific Enterprises, LLC.

DATED this 21st day of January, 2015.　　　DATED this 21st day of January, 2015.

LEAH MARTIN LAW　　　　　　　　　　　　LEWIS BRISBOIS BISGAARD & SMITH LLP

*/s/ Leah A. Martin*　　　　　　　　　　　　　　*/s/ Robert W. Freeman*
Leah Martin, Esq.　　　　　　　　　　　　　　Robert W. Freeman, Esq.
Nevada Bar No. 7982　　　　　　　　　　　　Nevada Bar No. 3062
6671 S. Las Vegas Blvd., Ste. 210　　　　　　3137 E. Warm Springs Rd., Suite 100
Las Vegas, Nevada 89119　　　　　　　　　　Las Vegas, Nevada 89120
*Attorney for Plaintiff*　　　　　　　　　　　　*Attorney for Defendant AMCO Insurance Company*

///

## **ORDER**

IT IS SO ORDERED. The caption shall be amended to correctly identify the plaintiff entity as PACIFIC ENTERPRISES I, LLC.

_____
UNITED STATES MAGISTRATE JUDGE
Dated: January 22, 2015.

Submitted by:

LEAH MARTIN LAW

*/s/ Leah A. Martin*
Leah A. Martin, Esq.
Nevada Bar No. 7982
6671 S. Las Vegas Blvd., Ste. 210
Las Vegas, Nevada 89119
*Attorney for Plaintiff*